Case 1:15-cv-00051-ILG-RER   of 1 PageID

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 14 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NASHAAT MOZA,

                                   Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, KINGS COUNTY HOSPITAL
CENTER, ROBERT BERDING, AND NATALIE WOLL,

                                    Defendants.
-------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

15 CV 00051 (ILG) (RER)

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented by their attorneys below, as follows:

        1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-captioned action are hereby dismissed, withdrawn and discontinued with prejudice, and that an order to that effect may be entered without further notice.

Dated:     New York, New York
            June 4, 2019

**LAW OFFICE OF LOCKSLEY O. WADE, LLC**
Attorney for Plaintiff
11 Broadway, Suite 615
New York, New York 10004
(212) 933-9180
wade@wadefirm.com

By: _____
    Locksley O. Wade, Esq.

SO ORDERED:

6/13/19
Dated

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-317
New York, New York 10007
(212) 356-3522
gmoy@law.nyc.gov

By: _____ 6/10/19
    Gary Moy
    Assistant Corporation Counsel

_s/l. Leo Glasser, USDJ_
U.S.D.J.